UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                                 :
In re PALL CORP. SECURITIES LITIGATION     :   Master File No. 2:07-cv-03359-JS-ARL
                                                                 :
-----------------------------------------------------------------:
                                                                 :
This Document Relates To:                            :
                                                                 :
    ALL ACTIONS                                        :
                                                                 :
                                                                 :
-----------------------------------------------------------------X

**NOTICE OF MOTION OF DEFENDANTS PALL CORPORATION, ERIC KRASNOFF, AND LISA MCDERMOTT FOR CERTIFICATION FOR INTERLOCUTORY APPEAL OF THIS COURT'S MEMORANDUM AND ORDER, ENTERED SEPTEMBER 25, 2009, DENYING THE DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT, AND FOR A STAY OF THE ACTION PENDING RESOLUTION OF THE INTERLOCUTORY APPEAL**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants Pall Corporation, Eric Krasnoff, and Lisa McDermott, by and through their undersigned attorneys, will move before the Honorable Joanna Seybert, Alfonse M. D'Amato Federal Building, United States District Court, 100 Federal Plaza, Central Islip, NY 11722-9014, on such date as the Court will determine, for an Order, pursuant to 28 U.S.C. § 1292(b), for certification for interlocutory appeal of this Court's Memorandum and Order, entered September 25, 2009, denying the Defendants' Motion to Dismiss the Consolidated Amended Complaint in the above-captioned action and to stay the action pending resolution of the certification application and any related subsequent proceedings.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served upon Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Lewis J. Liman within ten business days.

Dated: New York, New York
October 9, 2009

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lewis J. Liman

One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendants Pall Corporation,*
*Eric Krasnoff, and Lisa McDermott*

TO:  Samuel H. Rudman
Russell J. Gunyan
**Coughlin Stoia Geller Rudman & Robbins LLP**
58 South Service Road, Suite 200
Melville, NY 11747

Michael J. Vanoverbeke
Thomas C. Michaud
**Vanoverbeke Michaud & Timmony, P.C.**
79 Alfred Street
Detroit, MI 48201