UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PALL CORP. SECURITIES LITIGATION | : : : : : | Master File No. 2:07-cv-03359-JS-GRB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : | NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

704112_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Settlement Agreement with exhibits, and all prior proceedings had herein, Lead Plaintiff, by and through its attorneys, hereby moves the Court, before the Honorable JoAnna Seybert, United States District Judge, Eastern District of New York, at the Alfonse M. D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, for an order granting preliminary approval of the proposed Settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e).  Lead Plaintiff respectfully requests that the Court hold a hearing as soon as counsel may be heard, to hear this motion.

DATED:  April 26, 2012      Respectfully submitted,

               ROBBINS GELLER RUDMAN
                 & DOWD LLP
               SAMUEL H. RUDMAN
               ROBERT M. ROTHMAN
               MARIO ALBA JR.


                   s/ Samuel H. Rudman
                 SAMUEL H. RUDMAN

               58 South Service Road, Suite 200
               Melville, NY 11747
               Telephone:  631/367.7100
               631/367.1173 (fax)

               ROBBINS GELLER RUDMAN
                 & DOWD LLP
               AELISH M. BAIG
               Post Montgomery Center
               One Montgomery Street, Suite 1800
               San Francisco, CA  94104
               Telephone:  415/288-4545
               415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
LAWRENCE A. ABEL
ROBERT R. HENSSLER JR.
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff