UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PALL CORP. SECURITIES LITIGATION | : : : : : | Master File No. 2:07-cv-03359-JS-GRB <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | : : : : : : | NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES |

789010_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 14, 2012, at 11:30 a.m., at the United States District Court for the Eastern District of New York, Alfonse M. D'Amato Federal Building, 100 Federal Plaza, Central Islip, New York, or as soon thereafter as counsel may be heard before the Honorable Joanna Seybert, United States District Judge, Lead Plaintiff Macomb County Employees' Retirement System ("Lead Plaintiff") will and hereby moves for orders and/or judgments: (1) finally approving the settlement of this class action and dismissing the litigation with prejudice and approving the Plan of Allocation of settlement proceeds; and (2) awarding Lead Counsel attorneys' fees of 27.5% of the Settlement Fund plus expenses, plus interest on both amounts. Lead Plaintiff's motion is based upon Lead Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Distribution of Settlement Proceeds, Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses, the declarations submitted in support thereof, the Amended Settlement Agreement dated May 16, 2012, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Lead Plaintiff's motion or at the hearing on Lead Plaintiff's motion.

DATED: November 20, 2012          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
MARIO ALBA JR.


                                     s/ Samuel H. Rudman
                                   SAMUEL H. RUDMAN

789010_1

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367.7100
631/367.1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
LAWRENCE A. ABEL
ROBERT R. HENSSLER JR.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff