UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re PALL CORP. SECURITIES LITIGATION | Master File No. 2:07-cv-03359-JS-GRB |
|  | CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | CERTIFICATE OF SERVICE |

789020_1

I hereby certify that on November 20, 2012, I electronically filed the NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES with the following attachments:

Lead Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Distribution of Settlement Proceeds;

Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses;

Declaration of Samuel H. Rudman in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Distribution of Settlement Proceeds, and an Award of Attorneys' Fees and Expenses;

Declaration of Charles E. Ferrara Re: 1) Mailing of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form, 2) Publication of the Summary Notice, and 3) Internet Posting;

Declaration of Samuel H. Rudman Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses;

Compendium of Unreported Authorities Cited in Support of Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses; and

Certificate of Service

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
E-mail: srudman@rgrdlaw.com

# Mailing Information for a Case 2:07-cv-03359-JS-GRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Aelish M. Baig**
  aelishb@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stewart E. Gusikoff**
  elleng@rgrdlaw.com,jstark@rgrdlaw.com

- **Lewis J Liman**
  lliman@cgsh.com,lvanderheyden@cgsh.com

- **David A. Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@csgrr.com

- **Denis F. Sheils**
  dsheils@kohnswift.com,mflynn@kohnswift.com

- **Gerald Harlan Silk**
  Jerry@blbglaw.com,steven@blbglaw.com

- **Catherine A. Torell**
  ctorell@cohenmilstein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
S. Ashar           Ahmed
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center, One Montgomery Street
Suite 1800
San Francisco, CA 94104

Ashley             H. Kim
Schoengold & Sporn, P.C.
19 Fulton Street, Suite 406
New York, NY 10038

The Edward J. Goodman Generation Skipping Trusts
```

,

The Edward J. Goodman Life Income Trust
,

Wolf Haldenstein Adler Freeman & Herz, LLP
,