UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
ROBERT BAUGHMAN, ET AL.
                Plaintiffs

    -v-                            REFERRAL ORDER
                                   CV 07-3359(JS)(GRB)

PALL CORP., ET AL.
                Defendants
-----------------------------X

APPEARANCES:
FOR PLAINTIFFS:
SAMUEL RUDMAN, ESQ.
ROBBINS GELLER RUDMAN & DOWD
58 SOUTH SERVICE RD.    #200
MELVILLE  NY 11747

FOR DEFENDANTS:
LEWIS LIMAN, ESQ.
CLEARY GOTTLIEB STEEN & HAMILTON
1 LIBERTY PLAZA
NEW YORK  NY 10006

FOR OBJECTORS:
IRWIN SCHWARTZ, ESQ.
BLA SCHWARTZ
845  3 AV.      6 FL.
NEW YORK  NY 10022


SEYBERT, District Judge:

      The above-referenced civil case is hereby referred to MAGISTRATE JUDGE GARY R. BROWN for the following purpose:


      **TO ISSUE A REPORT & RECOMMENDATION OR TO RENDER A DECISION PURSUANT TO RULE 72 OF THE FEDERAL RULES OF CIVIL PROCEDURE ON PLAINTIFFS' MOTION FOR ATTORNEYS FEES, AS PART OF THE MOTION FOR CLASS SETTLEMENT (CONTAINED WITHIN DOCKET ENTRY [121] AND ASSOCIATED ENTRIES), AND OBJECTORS' MOTION [126].**


      SO ORDERED.                /s/  JOANNA SEYBERT
                               _____
                          JOANNA SEYBERT,
                          U.S. DISTRICT JUDGE

Dated: CENTRAL ISLIP  NY
       DEC. 28, 2012