Case 2:07-cv-03359-JS-GRB   Document 147   Filed 06/27/13   Page 1 of 3 PageID #: 4493
Case 2:07-cv-03359-JS-GRB   Document 145   Filed 06/26/13   Page 2 of 13 PageID #: 4480
Case 2:07-cv-03359-JS-GRB   Document 129-1   Filed 12/07/12   Page 1 of 3 PageID #: 3942

FILED
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

6/27/2013 11:48 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

---------------------------------------- x
In re PALL CORP. SECURITIES          :  Master File No. 2:07-cv-03359-JS-GRB
LITIGATION                           :
                                     :  CLASS ACTION
_____       :
                                     :
This Document Relates To:            :  [PROPOSED] ORDER APPROVING PLAN
                                     :  OF DISTRIBUTION OF SETTLEMENT
    ALL ACTIONS.                     :  PROCEEDS
                                     :
---------------------------------------- x

794734_1

Case 2:07-cv-03359-JS-GRB Document 147 Filed 06/27/13 Page 2 of 3 PageID #: 4494
Case 2:07-cv-03359-JS-GRB Document 145 Filed 06/26/13 Page 3 of 13 PageID #: 4481
Case 2:07-cv-03359-JS-GRB Document 129-1 Filed 12/07/12 Page 2 of 3 PageID #: 3943

THIS MATTER having come before the Court on Lead Plaintiff's motion for approval of the Plan of Distribution of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Amended Settlement Agreement dated May 16, 2012 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Class Members advising them of the Plan of Distribution and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Distribution. No Person objected to the Plan of Distribution.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

Case 2:07-cv-03359-JS-GRB Document 147 Filed 06/27/13 Page 3 of 3 PageID #: 4495
Case 2:07-cv-03359-JS-GRB Document 145 Filed 06/26/13 Page 4 of 13 PageID #: 4482
Case 2:07-cv-03359-JS-GRB Document 129-1 Filed 12/07/12 Page 3 of 3 PageID #: 3944

4. The Court hereby finds and concludes that the Plan of Distribution set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Distribution.

IT IS SO ORDERED.

DATED: 6-27-13

/s/ JOANNA SEYBERT
THE HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE