Case 2:07-cv-03359-JS-GRB   Document 148   Filed 06/27/13   Page 1 of 7 PageID #: 4497
Case 2:07-cv-03359-JS-GRB   Document 145   Filed 06/26/13   Page 5 of 13 PageID #: 4483
Case 2:07-cv-03359-JS-GRB   Document 129-3   Filed 12/07/12   Page 1 of 9 PageID #: 3950

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PALL CORP. SECURITIES LITIGATION | Master File No. 2:07-cv-03359-JS-GRB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

794729_1

Case 2:07-cv-03359-JS-GRB   Document 148   Filed 06/27/13   Page 2 of 7 PageID #: 4498
Case 2:07-cv-03359-JS-GRB   Document 145   Filed 06/26/13   Page 6 of 13 PageID #: 4484
Case 2:07-cv-03359-JS-GRB   Document 129-3   Filed 12/07/12   Page 2 of 9 PageID #: 3951

This matter came before the Court for hearing pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Order") dated August 20, 2012, on the application of the Settling Parties for approval of the Settlement set forth in the Amended Settlement Agreement ("Stipulation") dated May 16, 2012. Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Final Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set forth herein.

2. This Court has jurisdiction over the subject matter of the Class Action and over all Settling Parties to the Class Action, including all members of the Class.

3. The Court hereby certifies the following class for settlement purposes only:

> All Persons who purchased or otherwise acquired Pall common stock between April 20, 2007 and August 2, 2007, inclusive (the "Class Period"). Excluded from the Class are Defendants, members of the immediate family of any such Defendant, any person, firm, trust, corporation, officer, director or other individual or entity in which any Defendant has or had a controlling interest during the Class Period, the officers and directors of Pall during the Class Period, and the legal representatives, agents, executors, heirs, successors or assigns of any such excluded Person. Also excluded from the Class are any putative Class Members who timely and validly exclude themselves from the Class in accordance with the requirements set forth in the Notice.

4. With respect to the Class, this Court finds for the purposes of effectuating this Settlement that: (i) the members of the Class are so numerous that joinder of all Class Members in the Class Action is impracticable; (ii) there are questions of law and fact common to the Class which predominate over any individual questions; (iii) the claims of the Lead Plaintiff are typical of the claims of the Class; (iv) the Lead Plaintiff and Lead Counsel have fairly and adequately represented

- 1 -

794729_1

Case 2:07-cv-03359-JS-GRB Document 148 Filed 06/27/13 Page 3 of 7 PageID #: 4499
Case 2:07-cv-03359-JS-GRB Document 145 Filed 06/26/13 Page 7 of 13 PageID #: 4485
Case 2:07-cv-03359-JS-GRB Document 129-3 Filed 12/07/12 Page 3 of 9 PageID #: 3952

and protected the interests of all of the Class Members; and (v) a class action is superior to other available methods for the fair and efficient adjudication of the controversy, considering: (a) the interests of the members of the Class in individually controlling the prosecution of separate actions; (b) the extent and nature of any litigation concerning the controversy already commenced by members of the Class; (c) the desirability or undesirability of continuing the litigation of these claims in this particular forum; and (d) the difficulties likely to be encountered in the management of a class action.

5. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the Settlement set forth in the Stipulation and finds that said Settlement is, in all respects, fair, reasonable, and adequate to the Class. This Court further finds the Settlement set forth in the Stipulation is the result of arm's-length negotiations between experienced counsel representing the interests of the Lead Plaintiff, Class Members and Defendants.

6. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Stipulation and Settlement are fair, reasonable, and adequate as to each of the Settling Parties, and that the Stipulation and Settlement are hereby finally approved in all respects, and the Settling Parties are hereby directed to perform its terms.

7. Accordingly, the Court authorizes and directs implementation of all the terms and provisions of the Stipulation, as well as the terms and provisions hereof. Except as to any individual claim of those persons and entities (identified in Exhibit 1 attached hereto) who have validly and timely requested exclusion from the Class, the Court hereby dismisses, as to Defendants, the Class Action and all Released Claims of the Class with prejudice, without costs as to any Settling Party, except as and to the extent provided in the Stipulation and herein.

Case 2:07-cv-03359-JS-GRB Document 148 Filed 06/27/13 Page 4 of 7 PageID #: 4500
Case 2:07-cv-03359-JS-GRB Document 145 Filed 06/26/13 Page 8 of 13 PageID #: 4486
Case 2:07-cv-03359-JS-GRB Document 129-3 Filed 12/07/12 Page 4 of 9 PageID #: 3953

8. Upon the Effective Date hereof, and as provided in the Stipulation, Lead Plaintiff shall, and each of the Class Members, on behalf of themselves, their successors and assigns, and any other Person claiming (now or in the future) through or on behalf of them, shall be deemed to have, and by operation of this Final Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Defendants, whether or not such Class Member executes and delivers the Proof of Claim and Release.

9. Upon the Effective Date hereof, and as provided in the Stipulation, each of the Released Persons shall be deemed to have, and by operation of this Final Judgment shall have, fully, finally, and forever released, relinquished, and discharged Lead Plaintiff, each and all of the Class Members and Plaintiffs' Counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement, or resolution of the Class Action.

10. Upon the Effective Date hereof, and as provided in the Stipulation, Lead Plaintiff and each of the Class Members, and their heirs, executors, administrators, successors, and assigns, shall also be deemed to have, and by operation of this Judgment shall have fully, finally, and forever released, relinquished, and discharged Defendants and Defendants' counsel from all claims (including the Unknown Claims) arising out of the defense, conduct, settlement, or resolution of the Class Action and the Released Claims.

11. Lead Plaintiff, all members of the Class, the successors and assigns of any of them, and anyone claiming through or on behalf of any of them, are hereby permanently barred, enjoined, and restrained from instituting, commencing or prosecuting, either directly or in any other capacity, in the Class Action or any other action or proceeding, any Released Claims against any of the Released Persons. The Released Claims against each and all of the Released Persons shall be

- 3 -

794729_1

Case 2:07-cv-03359-JS-GRB Document 148 Filed 06/27/13 Page 5 of 7 PageID #: 4501
Case 2:07-cv-03359-JS-GRB Document 145 Filed 06/26/13 Page 9 of 13 PageID #: 4487
Case 2:07-cv-03359-JS-GRB Document 129-3 Filed 12/07/12 Page 5 of 9 PageID #: 3954

released and dismissed with prejudice and on the merits. Nothing in this paragraph shall release the Released Claims against the Released Persons by a Class Member who submitted a timely, signed request for exclusion from the Class and who did not submit a timely, signed request to revoke the prior request for exclusion and are identified in Exhibit 1 attached hereto ("Opt-Out Plaintiffs").

12. The distribution of the Notice of Pendency and Proposed Settlement of Class Action and publication of the Summary Notice as provided for in the Order constituted the best notice practicable under the circumstances, including the individual notice to all members of the Class who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of due process, and any other applicable law, including the Private Securities Litigation Reform Act of 1995.

13. Any Plan of Distribution submitted by Lead Counsel or any order entered regarding any attorneys' fee and expense application shall in no way disturb or affect this Judgment and shall be considered separate from this Judgment.

14. Neither the Stipulation nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Released Persons, or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants or the Released Persons in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. Defendants and/or the Released Persons may file the Stipulation and/or

794729_1

Case 2:07-cv-03359-JS-GRB  Document 148  Filed 06/27/13  Page 6 of 7 PageID #: 4502
Case 2:07-cv-03359-JS-GRB  Document 145  Filed 06/26/13  Page 10 of 13 PageID #: 4488
Case 2:07-cv-03359-JS-GRB  Document 129-3  Filed 12/07/12  Page 6 of 9 PageID #: 3955

this Judgment from this Class Action in any other action in which they are parties or that may be brought against them in order to support a defense, claim, or counterclaim based on principles of res judicata, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

15. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing exclusive jurisdiction over: (a) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees, interest, and expenses in the Class Action; and (d) all Settling Parties hereto for the purpose of construing, enforcing, and administering the Stipulation.

16. The Court finds that during the course of the Class Action, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

17. In the event that the Settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to Defendants, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

18. Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

Case 2:07-cv-03359-JS-GRB Document 148 Filed 06/27/13 Page 7 of 7 PageID #: 4503
Case 2:07-cv-03359-JS-GRB Document 145 Filed 06/26/13 Page 11 of 13 PageID #: 4489
Case 2:07-cv-03359-JS-GRB Document 129-3 Filed 12/07/12 Page 7 of 9 PageID #: 3956

19. The Court directs entry of this Final Judgment and immediate entry by the Clerk of the Court.

IT IS SO ORDERED.

DATED: 6-27-13

/s/ JOANNA SEYBERT
_____
THE HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE